IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 12-155-02 |
| Larry Ishmael | : | |

### JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 13th day of March, 2013, came the attorney for the government and the defendant being present with counsel, and

☐      The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐      A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒      The jury has returned its verdict, finding the defendant not guilty as to: <u>Count 9</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

S/Stewart Dalzell
Stewart Dalzell, J.

cc: U.S. Marshal
      Probation Office
      Counsel

3/13/13
Date
By Whom   ea

Cr 1 (8/80)