IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LARRY ISHMAEL,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 12-155 |

## ORDER

**AND NOW**, this 16th day of February 2021, upon consideration of Defendant Larry Ishmael's Motion to Reduce Sentence (Doc. No. 297) and the Government's Response (Doc. No. 298), it is **ORDERED** that Defendant's Motion to Reduce Sentence (Doc. No. 297) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.